UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:  **Mark Anthony McNair**                                CASE NO   **13-70073-HdH-13**

                                                                CHAPTER  **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept: | **$3,500.00** |
   | Prior to the filing of this statement I have received: | **$324.00** |
   | Balance Due: | **$3,176.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☐ Debtor        ☑ Other (specify)
   **to be paid through chapter 13 plan**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   **1. Representation regarding Motions to Lift Stay for post-petition default by Debtor(s): Except one (1) Motion to Lift Stay concerning residence and one (1) Motion to Lift Stay concerning vehicle.
   2. Motions to Borrow/Incur Debt
   3. Motions to Sell Property
   4. Motions for Lift Stay for the purpose of Divorce
   5. Motions to Reinstate Dismissed Case, except for the First Motion to Reinstate
   6. Motions for Hardship Discharge of Chapter 13
   7. Motions for Hardship Discharge of Student Loans
   8. Motions to Deem Mortgage Loan Current
   9. Motions to Retain Excess Tax Refund
   10. Motions to Expedite Hearing on any matter
   11. Motions to Reopen Case to Obtain Discharge
   12. Preparation and filing of Plan Modifications After Confirmation
   13. Court fees required to amend schedules to add creditors not originally provided to attorney
   14. Representation regarding Objections to Discharge
   15. Representation in evidentiary hearing on ANY Motions to Lift Stay, or evidentiary hearing of more than 30 minutes on Motions to Dismiss, Objections to Exemptions, Confirmation Hearings, Objection to Claims, or other contested matters.
   16. Representation in Adversary Proceedings
   17. Representation in loan modification and/or loss mitigation process
   18. Conversions to other Chapters of Bankruptcy
   19. Research, analyzation and compilation of documentation for complex objections to claims**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:   **Mark Anthony McNair**                                         CASE NO   **13-70073-HdH-13**

                                                                         CHAPTER   **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **3/5/2013** | **/s/ Monte J. White** |
| Date | *Monte J. White*           Bar No.  00785232 |
| | Monte J. White & Associates, P.C. |
| | 1106 Brook Ave |
| | Hamilton Place |
| | Wichita Falls TX  76301 |
| | Phone: (940) 723-0099 / Fax: (940) 723-0096 |

  **/s/ Mark Anthony McNair**
*Mark Anthony McNair*