B6C (Official Form 6C) (4/10)

In re **Mark Anthony McNair**　　　　　　　　　　　　　　　　　　　Case No. **13-70073-HdH-13**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## *AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:　☐ Check if debtor claims a homestead exemption that exceeds $146,450.*
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 4902 Wilbarger, Vernon, Wilbarger Co., TX 76384<br>ABST 663 BLK 12 SEC 22 H&TC#3 FOLDER 2 | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $75,285.39 | $128,660.00 |
| 4830 Walbarger, Vernon, Wilbarger Co., TX 76384<br>ABST 663 BLK 12 SEC 22 H&TC#4 FOLDER 2 | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $20,032.85 | $20,580.00 |
| household goods & furnishings<br>50% community property<br>total value $2,800 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $1,400.00 | $1,400.00 |
| clothing | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $225.00 | $225.00 |
| Sig Sauer 400 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(7) | $700.00 | $700.00 |
| Springfield .45 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(7) | $400.00 | $400.00 |
| debtor 401K<br>50% community property<br>total value $88,967.77 | Tex. Prop. Code § 42.0021 | $44,483.89 | $44,483.89 |
| 2005 Dodge Ram SLT 4x4<br>153,000 miles<br>50% community property<br>total value $10,350 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $5,175.00 | $5,175.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to ca commenced on or after the date of adjustment. | | $147,702.13 | $201,623.89 |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Mark Anthony McNair**                                                                                          Case No.  **13-70073-HdH-13**
                                                                                                                                          (If known)

### *AMENDED*
### SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| 2006 BMW 330i<br>155,000 miles<br>50% community property<br>total value $9,275 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $4,637.50 | $4,637.50 |
| 2005 Ford Mustang GT<br>70,000 miles<br>50% community property<br>total value $10,850 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $5,425.00 | $5,425.00 |
| 2004 Ford F150<br>97,000 miles<br>50% community property<br>total value $7,450 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $3,725.00 | $3,725.00 |
| 2 horses<br>50% community property<br>total value $100 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(10) | $50.00 | $50.00 |
| | | **$161,539.63** | **$215,461.39** |

B6I (Official Form 6I) (12/07)

In re **Mark Anthony McNair**         Case No. **13-70073-HdH-13**
                                                                    (if known)

### *AMENDED*
### SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): Son<br>                     Daughter | Age(s): 20<br>        18 | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | operations specialist | church secretary |
| Name of Employer | American Electric Power | |
| How Long Employed | 30 years | 2 years |
| Address of Employer | Public Svc Co of Oklahoma<br>PO Box 24400<br>Canton, OH 44701 | |

| | **DEBTOR** | **SPOUSE** |
|---|---:|---:|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $8,599.58 | $1,776.66 |
| 2. Estimate monthly overtime | $0.00 | $0.00 |
| 3. SUBTOTAL | **$8,599.58** | **$1,776.66** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes (includes social security tax if b. is zero) | $1,019.40 | $108.00 |
|    b. Social Security Tax | $334.31 | $110.16 |
|    c. Medicare | $118.67 | $25.76 |
|    d. Insurance | $399.14 | $0.00 |
|    e. Union dues | $0.00 | $0.00 |
|    f. Retirement   RSP | $341.99 | $0.00 |
|    g. Other (Specify)   ADD | $34.96 | $0.00 |
|    h. Other (Specify)   life ins | $316.21 | $0.00 |
|    i. Other (Specify)   pre-paid legal | $15.24 | $0.00 |
|    j. Other (Specify)   RSP loans (2) | $1,066.41 | $0.00 |
|    k. Other (Specify) | $0.00 | $0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | **$3,646.33** | **$243.92** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | **$4,953.25** | **$1,532.74** |
| 7. Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. Income from real property | $0.00 | $0.00 |
| 9. Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
|    a. average net income from annual incentive | $615.00 | $0.00 |
|    b. | $0.00 | $0.00 |
|    c. | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$615.00** | **$0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$5,568.25** | **$1,532.74** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$7,100.99** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

IN RE: **Mark Anthony McNair**　　　　　　　　　　　　　　　　Case No. **13-70073-HdH-13**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## *AMENDED*
## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any
payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br>　a. Are real estate taxes included?　☑Yes　☐No<br>　b. Is property insurance included?　☑Yes　☐No | $949.00 |
| 2. Utilities:　a. Electricity and heating fuel<br>　　　　　　b. Water and sewer<br>　　　　　　c. Telephone<br>　　　　　　d. Other:　internet/cable | $403.00<br>$100.99<br>$189.00<br>$146.00 |
| 3. Home maintenance (repairs and upkeep)<br>4. Food<br>5. Clothing<br>6. Laundry and dry cleaning<br>7. Medical and dental expenses<br>8. Transportation (not including car payments)<br>9. Recreation, clubs and entertainment, newspapers, magazines, etc.<br>10. Charitable contributions | $100.00<br>$750.00<br>$244.00<br><br>$320.00<br>$744.00<br><br>$600.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>　　　　a. Homeowner's or renter's<br>　　　　b. Life<br>　　　　c. Health<br>　　　　d. Auto<br>　　　　e. Other: | <br><br><br><br>$260.00<br> |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: property taxes | $40.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>　　　　a. Auto:<br>　　　　b. Other:<br>　　　　c. Other:<br>　　　　d. Other: | |
| 14. Alimony, maintenance, and support paid to others:<br>15. Payments for support of add'l dependents not living at your home:　2 kids in college<br>16. Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>17.a. Other: See attached personal expenses<br>17.b. Other: | <br>$800.00<br><br>$480.00<br> |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and,<br>　　if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$6,125.99** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME<br>a. Average monthly income from Line 15 of Schedule I<br>b. Average monthly expenses from Line 18 above<br>c. Monthly net income (a. minus b.) | <br>$7,100.99<br>$6,125.99<br>$975.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE: **Mark Anthony McNair**     CASE NO **13-70073-HdH-13**

CHAPTER **13**

*AMENDED*
**EXHIBIT TO SCHEDULE J**

## Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| lawn care | $90.00 |
| Spouse's bankruptcy payment | $265.00 |
| Auto Maintenance | $125.00 |
| Total > | $480.00 |