Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424
(806) 748-1980
(806) 748-1956 FAX
 MODT

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:
**MARK ANTHONY MCNAIR**
**4902 WILBARGER**                                                                  CASE NO:13-70073-HDH-13
                                                                                    HEARING DATE: 03-12-2014
**VERNON, TX 76384**                                                                HEARING TIME: 10:00 AM

DEBTOR ATTORNEY:  MONTE J WHITE

## MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

Date: February 4, 2014

Pursuant to 11 U.S.C. 1329, the Standing Chapter 13 Trustee requests the following Modification of Debtor(s) confirmed Plan herein:

**I**
**History of the Case**

1.  Date Case Filed:  February 28, 2013
2.  Date of Section 341 Meeting: April 2, 2013
3.  Date of Confirmation: May 17, 2013
4.  First Payment Date: March 30, 2013
5.  Total Plan Term Prior to this Modification: 60

**II**
**Modification Requested**

Debtor shall pay Trustee $3,873.00 from debtor's 2012 tax refund within 10 days of entry of this order.  Plan base shall increase from $77,480.00 to $81,353.00.

**III**
**Reason for Modification**

Debtor(s) 2012 tax return shows that Debtor(s) received a tax refund of $5,873.00 of which $3,873.00 is due to Trustee per General Order 2010-01 for the benefit of unsecured creditors.  Debtor(s) still owe Trustee $3,873.00 of said refund.  Modification is requested to raise Debtor(s) payment and/or base amount in order to pay Trustee the said tax refund.

Respectfully Submitted,

  /s/  Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:
**MARK ANTHONY MCNAIR**                                    CASE NO: 13-70073
                                                          HEARING DATE: 03-12-2014
                                                          HEARING TIME: 10:00am

A/K/A:                                                    A/K/A 2:
D/B/A: FDBA THE WATER SHOPPE; FDBA THE WATER SHOPPE ICE HOUSE; FDBA SILVER ELEGANCE
D/B/A 2:

**NOTICE OF HEARING, PRE-HEARING CONFERENCE AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION**

**NOTICE OF HEARING**

On 03-12-2014, which is at least twenty-eight (28) days from the date of service hereof, at 10:00am a **HEARING** on the above and foregoing "Modification of Plan After Confirmation" will be held in

| FOR LIVE COURT | FOR VIDEO COURT |
| US COURTHOUSE ROOM 222 | US COURTHOUSE ROOM 208 |
| 10TH & LAMAR STREETS | 10TH & LAMAR STREETS |
| WICHITA FALLS, TEXAS 763011234 | WICHITA FALLS, TEXAS 763011234 |

Creditors are not required to attend unless they have objections to the Modification.

**NOTICE OF PRE-HEARING CONFERENCE**

A **PRE-HEARING CONFERENCE** will be held at the same location listed above at 8:30am Hearings on Motions to Modify Plans with objections not resolved at the **PRE-HEARING CONFERENCE** will be heard by the Court at the scheduled Hearing time.

**NOTICE** is hereby given that pursuant to 11 U.S.C. 1329 the attached "Modification of Plan" dated *2/4/2014*, **will be** approved by the Court as the Debtor's Modified Chapter 13 Plan unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan.  An **"Objection to Modification"** should be filed with the Bankruptcy Court at the  following address:

**CLERK OF THE BANKRUPTCY CT**
**1100 COMMERCE 1254**
**DALLAS, TEXAS 752420000**

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola, Suite 100
Lubbock, TX 79424
202-II

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DIVISION OF TEXAS
WICHITA FALLS DIVISION

IN RE: MARK ANTHONY MCNAIR

CASE NO: 13-70073-HDH-13

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached document was sent via First Class Mail to the below listed parties at the addresses supplied as follows.

| Name & Address | Name & Address |
|---|---|
| MARK ANTHONY MCNAIR<br>4902 WILBARGER<br>VERNON,TX 76384 | - |
| RECOVERY CONCEPTS INC<br>1925 E BELTLINE ROAD STE 510<br>CARROLLTON,TX 75006-0000 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA,PA 19101-7317 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA,PA 19101-7346 | NATIONWIDE CREDIT INC<br>3600 E UNIVERSITY STE C-1550<br>PHOENIX,AZ 85034-0000 |
| BECKET & LEE LLP<br>ATTORNEYS AT LAW<br>16 GENERAL WARREN, PO BOX 3001<br>MALVERN,PA 19355-0000 | WALTER O'CHESKEY TRUSTEE<br>6308 IOLA AVENUE<br>LUBBOCK,TX 79424-0000 |
| OFFICE OF THE CH13 TRUSTEE<br>6308 IOLA AVENUE<br>LUBBOCK,TX 79424- | MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 |
| US ATTORNEY GENERAL<br>10TH ST & CONSTITUTION AVE<br>WASHINGTON,DC 20530-0000 | WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS,TX 75242-0000 |
| US ATTORNEY<br>ATTORNEY IN CHARGE<br>1100 COMMERCE STREET SUITE 300<br>DALLAS,TX 75242-1699 | AMERICAN EXPRESS<br>PO BOX 5207<br>FORT LAUDERDALE,FL 33310-5207 |
| HOSTO & BUCHAN, PLLC<br>PO BOX 3397<br>LITTLE ROCK,AR 72203- | CHASE<br>PO BOX 94014<br>PALATINE,IL 60094- |
| HERRING BANK<br>1900 PEASE ST<br>VERNON,TX 76384- | CREDITORS INTERCHANGE<br>80 HOLTZ DRIVE<br>BUFFALO,NY 14225-1470 |
| ALLIANT LAW GROUP PC<br>2860 ZANKER ROAD SUITE 105<br>SAN JOSE,CA 95134- | NATIONAL RECOVERY SOLUTIONS<br>PO BOX 322<br>LOCKPORT,NY 14095- |
| NELNET<br>US DEPARTMENT OF EDUCATION<br>3015 SOUTH PARKER ROAD SUITE 400<br>AURORA,CO 80014- | NELNET<br>US DEPARTMENT OF EDUCATION<br>PO BOX 740283<br>ATLANTA,GA 30374-0283 |

Page 1 - Continue on Next Page

## CERTIFICATE OF SERVICE

| | |
|---|---|
| CITY OF VERNON<br>PO BOX 1984<br><br>VERNON,TX 76385- | ASSOCIATED RECOVERY SYSTEMS<br>PO BOX 469046<br><br>ESCONDIDO,CA 92046- |
| MCCREARY VESELKA BRAGG & ALLEN PC<br>ATTORNEY FOR CLAIMANT CO OF WILBARGER<br>PO BOX 1269<br>ROUND ROCK,TX 78680- | YELLOW BOOK USA<br>PO BOX 3162<br><br>CEDAR RAPIDS,IA 52406-3162 |
| QUANTUM3 GROUP<br>SECOND ROUND LP<br>PO BOX 788<br>KIRKLAND,WA 98083-0788 | CITIMORTGAGE INC<br>PO BOX 6243<br><br>SIOUX FALLS,SD 57117- |
| THE COUNTY OF WILBARGER TEXAS<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>PO BOX 1269<br>ROUND ROCK,TX 78680-1269 | COUNTY OF WILBARGER<br>PO BOX 1984<br><br>VERNON,TX 76385-1984 |
| DEPT OF EDUCATION/NELN<br>121 S 13TH ST<br><br>LINCOLN,NE 68508- | SECOND ROUND LP<br>4150 FRIEDRICH LANE SUITE<br><br>AUSTIN,TX 78744-1052 |
| TROY CAPITAL LLC<br>2660 S RAINBOW BLVD #D104<br><br>LAS VEGAS,NV 89146-5183 | TROY CAPITAL LLC<br>2660 SOUTH RAINBOW BLVD<br>SUITE D-104<br>LAS VEGAS,NV 89146- |
| NORTHLAND GROUP INC<br>PO BOX 390846<br><br>MINNEAPOLIS,MN 55439-0846 | NCO FINANCIAL SYS INC<br>507 PRUDENTIAL RD<br><br>HORSHAM,PA 19044-2368 |
| WILBARGER COUNTY TAX OFFICE<br>PO BOX 1984<br><br>VERNON,TX 76385- | MCCREARY VESELKA BRAGG & ALLEN PC<br>PO BOX 1269<br><br>ROUND ROCK,TX 78680- |
| FIRST NATIONAL COLLECTION BUREAU<br>610 WALTHAM WAY<br><br>SPARKS,NV 89434-6695 | LAW OFFICE OF MICHAEL J SCOTT<br>1120 METROCREST DR STE 100<br><br>CARROLLTON,TX 75006-5862 |
| GEMB/WALMART<br>ATTN: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL,GA 30076-9104 | ALLEN L ADKINS & ASSOCIATES<br>PO BOX 3340<br><br>LUBBOCK,TX 79452- |
| CAROL JEAN MCNAIR<br>4902 WILBARGER<br><br>VERNON,TX 76384-4036 | JA CAMBECE LAW OFFICE PC<br>EIGHT BOURBON ST<br><br>PEABODY,MA 01960-7473 |
| MCCLESKEY HARRIGER BRAZILL & GRAF LL<br>PO BOX 6170<br><br>LUBBOCK,TX 79493-6170 | MICHAEL J ADAMS PC<br>300 E SONTERRA BLVD BLDG 1 SUITE 1200<br><br>SAN ANTONIO,TX 78258-4077 |
| NCO FINANCIAL SYSTEMS<br>1804 WASHINGTON BLVD<br>MAILSTOP 450<br>BALTIMORE,MD 21230-1700 | PERDUE BRANDON FIELDER COLLINS& MOTT<br>PO BOX 8188<br><br>WICHITA FALLS,TX 76307- |
| RAUSCH STURM ISREAL & HORNIK SC<br>401 CYPRESS ST STE 300<br>PO BOX 3018<br>ABILENE,TX 79604-3018 | RIEXINGER & ASSOCIATES LLC<br>ATTORNEYS AT LAW<br>PO BOX 956188<br>DULUTH,GA 30095-9504 |

CASE NO:  13-70073-HDH-13

## CERTIFICATE OF SERVICE

| | |
|---|---|
| STELLAR RECOVERY INC<br>PO BOX 2210<br><br>SOUTHGATE,MI 48195-4210 | TOTAL CARD INC<br>5109 S BROADBAND LN<br><br>SIOUX FALLS,SD 57108-2208 |
| WELLS FARGO CARD SERVICES<br>PO BOX 9210<br><br>DES MOINES,IA 50306-9210 | MOORE & MOORE<br>ATTORNEYS AT LAW<br>PO BOX 726<br>MINERAL WELLS,TX 76068- |
| MOSS LAW FIRM<br>PO BOX 3340<br><br>LUBBOCK,TX 79452- | HIBU INC<br>YELLOWBOOK INC C/O RMS RMS BK REC SERVIC<br>PO BOX 5126<br>TIMONIUM,MD 21094- |

Dated:  02/04/2014

/s/ Walter O'Cheskey
Chapter 13 Trustee
By:  A. Ammons