

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 21, 2014**

United States Bankruptcy Judge

---

MOD1 0013.000276

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| IN RE: | CASE NO: 13-70073-HDH-13 |
| MARK ANTHONY MCNAIR | DATED: April 17, 2014 |
| | ATTORNEY: MONTE J WHITE |
| | HEARING DATE: 4/16/2014 |

**ORDER APPROVING MODIFIED PLAN AND LIMITING NOTICE**

On this day came on for consideration the "Modification of Plan After Confirmation and Order Limiting Notice" dated 2/4/2014. The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be APPROVED.

**IT IS THEREFORE ORDERED** that the Modified Plan dated 2/4/2014 be and the same is hereby APPROVED, as stated below:

Debtor shall send $1,936.50 of their 2012 tax refund to the Trustee within 10 days from entry of this Order for a new base of $79,416.50 in order for the benefit of unsecured creditors per General Order 2010-01.  Unsecured creditors must receive at least $1,936.50 before debtor is allowed a discharge.

**IT IS FURTHER ORDERED** that 25 days written Notice to the Debtor(s), Attorney for Debtor(s), the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

### End of Order ###

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

United States Bankruptcy Court
Northern District of Texas

In re:  
Mark Anthony McNair  
    Debtor

Case No. 13-70073-hdh  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0539-7     User: ctello     Page 1 of 1     Date Rcvd: Apr 22, 2014  
                 Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2014.  
db         +Mark Anthony McNair,    4902 Wilbarger,    Vernon, TX 76384-4036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2014                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2014 at the address(es) listed below:  
         Lee  Gordon     on behalf of Creditor   Wilbarger County  
          dgibson@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com  
         Monte J. White     on behalf of Debtor Mark Anthony McNair ecfnotices@montejwhite.com,  
          michelle@blackandwhitelaw.com  
         United States Trustee     ustpregion06.da.ecf@usdoj.gov,  albert.loftus@usdoj.gov  
         Walter 12,13 OCheskey     cmecf@ch13-12westtex.org,  ecfcox@ost-wtx.org,ost.cmecf@gmail.com  
                                                                                                            TOTAL: 4