Robert B. Wilson
Chapter 13 Trustee
6308 Iola Ave., Suite 100
Lubbock   TX   79424
(806) 748-1980   Phone
(806) 748-1956   Fax
geninfo@ch13-12westtex.org

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE | CASE NO.: 13-70073-HDH-13 |
| MARK ANTHONY MCNAIR | HEARING DATE: **12/17/2014** |
| | HEARING TIME: **10:00 AM** |
| DEBTOR(S) | PREHEARING DATE: **12/17/2014** |
| | PREHEARING TIME: **8:30 AM** |

### NOTICE OF AMOUNT DEEMED NECESSARY TO CURE MORTGAGE ARREARS

(per Local Bankruptcy Rule 3002-2)
**RESPONSE REQUIRED BY CREDITOR**

PURSUANT TO LOCAL BANKRUPTCY RULE 3002-2(c), ON OR BEFORE THE CLOSE OF BUSINESS 10/28/2014 WHICH IS AT LEAST SIXTY (60) DAYS FROM THE DATE OF SERVICE OF THE NOTICE, THE HOLDER OF A CLAIM COVERED BY THE NOTICE SHALL FILE A WRITTEN RESPONSE WITH THE CLERK OF THE BANKRUPTCY CT, 1100 COMMERCE 1254, DALLAS, TEXAS 75242 AND SHALL SERVE THE RESPONSE UPON THE DEBTOR, DEBTOR'S ATTORNEY AND THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING SHALL BE DEEMED REQUESTED. THE HEARING SHALL BE HELD AT THE DATE AND TIME STATED ABOVE AND A PRE-HEARING CONFERENCE SHALL BE HELD AT 08:30 AM THE SAME DAY. THE LOCATIONS FOR THE HEARINGS ARE:

| PRE-HEARING CONFERENCE | LIVE COURT | VIDEO COURT |
|---|---|---|
| US COURTHOUSE ROOM 208 | US COURTHOUSE ROOM 222 | US COURTHOUSE ROOM 208 |
| 10TH & LAMAR STREETS | 10TH & LAMAR STREETS | 10TH & LAMAR STREETS |
| WICHITA FALLS, TEXAS 76301 | WICHITA FALLS, TEXAS 76301 | WICHITA FALLS, TEXAS 76301 |

THE RESPONSE SHALL INDICATE WHETHER THE HOLDER DISPUTES THE INFORMATION CONTAINED IN THIS NOTICE. THE RESPONSE SHALL ALSO ITEMIZE ANY CURE AMOUNTS OR POST-PETITION ARREARAGES THAT THE HOLDER CONTENDS EXIST ON THE DATE OF THE RESPONSE.

PURSUANT TO LOCAL BANKRUPTCY RULE 3002-2(e), IF NO RESPONSE IS FILED, THE INFORMATION CONTAINED IN THIS NOTICE SHALL BE DEEMED UNOPPOSED OR UNDISPUTED, AND THE COURT SHALL ENTER AN ORDER BY DEFAULT FINDING: 1) TRUSTEE'S STATEMENTS OF ANY PLAN DELINQUENCY AMOUNT AND SUMMARY OF PAYMENTS ARE CORRECT AND 2) THE DEBTOR'S ONGOING POST-PETITION MORTGAGE PAYMENTS ARE CURRENT.

THE ENTRY OF SUCH AN ORDER SHALL PRECLUDE THE HOLDER OF THE CLAIM FROM ASSERTING CURE AMOUNTS OR POST-PETITION ARREARAGES THAT ALLEGEDLY ACCRUED BEFORE THE DATE OF THIS NOTICE IN ANY CONTESTED MATTER OR ADVERSARY PROCEEDING IN THIS CASE OR IN ANY OTHER MANNER OR FORUM AFTER DISCHARGE IN THIS CASE, UNLESS THE COURT DETERMINES, AFTER NOTICE AND HEARING, THAT THE FAILURE WAS SUBSTANTIALLY JUSTIFIED OR IS HARMLESS.

Pursuant to Local Rule 3002-2(b), the Chapter 13 Trustee files this Notice of Amount Deemed Necessary to Cure Mortgage Arrears ('Notice').

To the Trustee's knowledge, the Debtor has a current PLAN PAYMENT DELINQUENCY amount of $0.00.

## SUMMARY OF PAYMENTS

| Account Number | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid | Total Paid by Trustee |
|---|---|---|---|---|---|
| **CITIMORTGAGE INC   (HOMESTEAD/4902 WILBARGER)** | | | | | |
| 8164 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

The ongoing post-petition mortgage payments are to be paid DIRECT by Debtor.  The Trustee has no knowledge of the status of those ongoing payments, or any post-petition arrearage thereon, except as noted above.

Date:   8/29/2014

/s/ Marc McBeath
_____
Robert B. Wilson  Bar#:21715000
Chapter 13 Trustee
Marc McBeath  Bar#:13328600
Staff Attorney

## Certificate of Service

I hereby certify that a true copy of the foregoing document was served on this date to the following parties either electronically or by U.S. First Class Mail.

CITIMORTGAGE INC PO BOX 6243  SIOUX FALLS SD 57117
MARK ANTHONY MCNAIR 4902 WILBARGER  VERNON TX 76384
MCCREARY VESELKA BRAGG & ALLEN PC ATTORNEY FOR CLAIMANT CO OF WILBARGER PO BOX 1269 ROUND ROCK TX 78680
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301

Date:   8/29/2014

/s/ Marc McBeath
_____
Robert B. Wilson  Bar#:21715000
Chapter 13 Trustee
Marc McBeath  Bar#:13328600
Staff Attorney